# Court of Appeals
# of the State of Georgia

ATLANTA,    July 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0444.  JACOB DWAYNE MOYERS v. THE STATE.**

On February 17, 2012, the trial court entered an order revoking Jacob Dwayne Moyers's probation upon finding that he had committed the new offense of aggravated assault. Moyers filed a motion for reconsideration of the revocation order, which the trial court denied.  On June 28, 2012, Moyers filed this discretionary application.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d).  Moyers filed this application 132 days after entry of the order revoking his probation.  Although Moyers sought reconsideration of the revocation order, a motion for reconsideration does not extend the time for filing.  See *Cheeley-Towns v. Rapid Group, Inc.*, 212 Ga. App. 183 (441 SE2d 452) (1994).  Moreover, an order denying a motion for reconsideration is not appealable in its own right.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  For these reasons, we lack jurisdiction over this untimely discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/30/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*